DESELLE MILTON-GUSTAIN AND
DONELL GUSTAIN

VERSUS

THE SALVAGE STORE, INC. AND
COVINGTON SPECIALTY INSURANCE
COMPANY

NO. 19-CA-42

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

October 23, 2019

Susan Buchholz

First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Fredericka Homberg Wicker,
Jude G. Gravois, and John J. Molaison, Jr.

## **DENIED WITHOUT REASONS**

**JGG**
**JJM**

## **WICKER, J., DISSENTS WITH REASONS**

**FHW**

| DESELLE MILTON-GUSTAIN AND DONELL GUSTAIN | NO. 19-CA-42 |
|---|---|
| | FIFTH CIRCUIT |
| VERSUS | |
| | COURT OF APPEAL |
| THE SALVAGE STORE, INC. AND COVINGTON SPECIALTY INSURANCE COMPANY | STATE OF LOUISIANA |

## WICKER, J., DISSENTS WITH REASONS

For the reasons discussed in my dissenting opinion in this case, I dissent from the denial on the motion for rehearing.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

MARY E. LEGNON
INTERIM CLERK OF COURT

CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



## FIFTH CIRCUIT
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>10/23/2019</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY

MARY E. LEGNON
INTERIM CLERK OF COURT

## 19-CA-42

### E-NOTIFIED
Raynique Keelen (Appellant)
Brett W. Tweedel (Appellee)

Paul D. Palermo (Appellee)

### MAILED
Craig V. Sweeney (Appellee)
Attorney at Law
3421 North Causeway Boulevard
Suite 900
Metairie, LA 70002